IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET BROXON, <br><br>  Plaintiff, <br><br> v. <br><br> QANSI, *et al.*, <br><br>  Defendants. | Civil Action No. 25-cv-924 <br><br> Judge Wiegand |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's July 9th Orders, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Janet Broxon, Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

                                                Respectfully submitted,

Dated: July 18, 2025                     /s/ Stanley D. Ference III
                                                Stanley D. Ference III
                                                Pa. ID No. 59899
                                                courts@ferencelaw.com

                                                FERENCE & ASSOCIATES LLC
                                                409 Broad Street
                                                Pittsburgh, Pennsylvania 15143
                                                (412) 741-8400 – Telephone
                                                (412) 741-9292 – Facsimile

                                                Attorneys for Plaintiffs